

310510
Law Firm Ref#: 4025

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**CHARLES VAVRA**

    Plaintiff(s)

vs.

**HONEYWELL INTERNATIONAL INC.** a Delaware corporation d/b/a
**HONEYWELL INTELLIGRATED**

    Defendant(s)

Case No.: 1:21-cv-06847

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, __JOHN J PENNELL_____, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Alias Summons in a Civil Case; First Amended Complaint** to Honeywell International Inc. d/b/a Honeywell Intelligrated c/o Illinois Corporation Service, located at 801 Adlai Stevenson Drive, Springfield, IL 62703 resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Honeywell International Inc. d/b/a Honeywell Intelligrated c/o Illinois Corporation Service personally on the ____ day of _____, 20____ at _____ M.

☒ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __LYLE NEEMAN_____, Title: ____AUTHORIZED AGENT_____, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the __18TH__ day of ____JANUARY____, 20__22__ at __2:10__ P M.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Honeywell International Inc. d/b/a Honeywell Intelligrated c/o Illinois Corporation Service's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____ M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the DATE and TIME of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/____ @ _____ : _____
__/__/____ @ _____ : _____
__/__/____ @ _____ : _____

A description of person with whom the documents were left is as follows:
Sex: __MALE__ Race: __WHITE__ Approx. Age: __70__ Height: __5'5"__ Weight: __160#__ Hair: __GRAY__

    Noticeable features/Notes: _____

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on
this __18TH__ day of __JANUARY__, 2022

_Rachel Pennell_
Notary Public

OFFICIAL SEAL
**RACHEL PENNELL**
NOTARY PUBLIC. STATE OF ILLINOIS
MY COMMISSION EXPIRES 10-04-2024

(Server Signature)

__JOHN J PENNELL__
(Print Name)

SAAFF/310510