IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES VAVRA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-cv-06847 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| HONEYWELL INTERNATIONAL INC., a Delaware corporation, d/b/a HONEYWELL INTELLIGRATED, | ) ) ) | Magistrate Judge Heather K. McShain |
| | ) | |
| Defendant. | ) | |

## JOINT INITIAL STATUS REPORT

Plaintiff CHARLES VAVRA and Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated, by and through their respective attorneys, respectfully submits the following Joint Initial Status Report.

I. **Nature of the Case**

    A. **State the basis for federal jurisdiction.**

The court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331. The court has supplemental jurisdiction of the state common law claims pursuant to 28 U.S.C. § 1367.

    B. **Briefly describe the nature of the claims asserted in the complaint and the counterclaims and/or third-party claims.**

Plaintiff's Complaint alleges he was subjected to racial discrimination and retaliation in violation of the Illinois Human Rights Act (Count I) and Title VII of the Civil Rights Act of 1964 (Count II). Plaintiff also alleges a state common law claim for wrongful termination (Count III). Plaintiff alleges that in 2020-2021, Defendant required its employees to undergo discriminatory and racist implicit bias training. Plaintiff alleges he objected to completing to the training. Plaintiff alleges he was subjected to discrimination, retaliation and wrongfully discharged based on his opposition to the training. Defendant admits that it required employees to take Unconscious Bias Awareness training but denies this training was discriminatory and/or racist. Defendant admits it terminated Plaintiff's employment but denies that Plaintiff was subjected to discrimination, retaliation and/or wrongfully discharged. Defendant denies it engaged in any unlawful employment practices or any unlawful conduct.

    **C.**    **Describe the relief sought.**

In the Complaint's Prayer for Relief, Plaintiff seeks: (1) actual damages in an amount to be proven at trial, including front pay, back pay, treble damages and statutory penalty, interest, emotional distress and pain and suffering, compensatory damages, punitive damages, and any damages or penalties available at law; (2) costs, reasonable attorney fees and any other relief permitted by statute; and (3) and such other relief as the Court may deem just and equitable.

    **D.**    **State whether there has been a jury demand.**

Plaintiff has made a jury demand.

    **E.**    **List the names of any parties who have not yet been served.**

None.

**II.**    **Discovery and Pending Motions**

    **A.**    **Identify any pending motions.**

None.

    **B.**    **Submit a proposal for discovery and a case management plan that includes the following information: (1) the type of discovery needed, including any potential electronic discovery or bifurcated discovery; (2) the need for any proposed protective orders; (3) a date for Rule 26(a)(1) disclosures; (4) a date for the completion of fact discovery; and (5) whether there will be expert discovery.**

The parties will engage in written discovery, which is likely to encompass electronically stored information, as well as oral discovery.

The parties anticipate the need for a protective order and will submit a motion for entry of such an order using the Court's model protective order. The parties will submit any proposed revisions to the model protective order to the Court in redline along with an explanation of any proposed revisions.

The parties propose March 7, 2022 for the exchange of Rule 26(a)(1) disclosures.

The parties propose October 31, 2022 for the completion of fact discovery.

The parties propose that expert discovery be deferred until it becomes necessary for hearing or trial.

**III.** **Settlement and Referrals**

    **A.** **State whether any settlement discussions have occurred and describe the status of any settlement discussions. (Do not provide the particulars of any demands or offers that have been made.)**

The parties have not had any settlement discussions.

    **B.** **State whether the parties request a settlement conference at this time before this Court or the Magistrate Judge.**

At this time, the parties do not request a settlement conference with this Court or the Magistrate Judge.

    **C.** **State whether counsel have informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes, including trial and entry of final judgment, and whether the parties unanimously consent to the Magistrate Judge's jurisdiction. (Do not report whether individual parties have so consented.) The court strongly encourages parties to consent to the jurisdiction of the Magistrate Judge.**

Counsel has informed their respective clients about the possibility of proceeding before the assigned Magistrate Judge for all purposes. The parties do not consent to the Magistrate Judge's jurisdiction.

DATED: February 14, 2022          Respectfully submitted,

By: /s/ Whitman H. Brisky (*with consent*)
    One of the Attorneys for Plaintiff
    **CHARLES VAVRA**

By: /s/ Jennifer L. Colvin
    One of the Attorneys for Defendant
    **HONEYWELL INTERNATIONAL, INC.**

John W. Mauck
Whitman H. Brisky
Andrew S. Willis
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, IL 60602
Telephone: 312.726.1243
*jmauck@mauckbaker.com*
*wbrisky@mauckbaker.com*
*awillis@mauckbaker.com*

Alec J. Beck
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: 612.355.4100
*beck@parkerdk.com*

Jennifer L. Colvin (ARDC No. 6274731)
Sam Sedaei (ARDC No. 6317657)
**OGLETREE, DEAKINS, NASH,**
    **SMOAK & STEWART, P.C.**
155 North Wacker Drive - Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
*jennifer.colvin@ogletreedeakins.com*
*sam.sedaei@ogletreedeakins.com*

Douglas P. Seaton
James V. F. Dickey
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
Telephone: 612.428.7002
*doug.seaton@umlc.org*
*james.dickety@umlc.org*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 14, 2022, the foregoing *Joint Initial Status Report* was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

John W. Mauck
Whitman H. Brisky
Andrew S. Willis
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
*jmauck@mauckbaker.com*
*wbrisky@mauckbaker.com*
*awillis@mauckbaker.com*

Alec J. Beck
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
*beck@parkerdk.com*

Douglas P. Seaton
James V. F. Dickey
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
*doug.seaton@umlc.org*
*james.dickety@umlc.org*

*Attorneys for Plaintiff*

/s/ Jennifer Colvin
One of the Attorneys for Defendant
**HONEYWELL INTERNATIONAL, INC.**