# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Charles Vavra

                                       Plaintiff,

v.                                                   Case No.: 1:21−cv−06847

                                                  Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 17, 2022:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic status hearing held. The parties' rule 26(a)(1) disclosures shall be served by 3/7/22. The deadline for joinder of parties and amendment of pleadings is 6/30/22. All fact discovery shall be noticed in time to be completed by 10/31/22. This case is referred to the magistrate judge for discovery supervision, with the authority to set and extend deadlines, and a settlement conference. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.