# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Charles Vavra

                Plaintiff,

v.

                Case No.: 1:21−cv−06847

                Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 1, 2022:

      MINUTE entry before the Honorable Heather K. McShain: This case has been referred to Magistrate Judge McShain for discovery supervision, with the authority to set and extend deadlines, as well as a settlement conference [[17], [18]]. On review of the parties' initial joint status report [16], as well as Judge Alonso's Minute Order of 02/17/2022 [17] setting discovery deadlines, a joint status report is due 04/26/2022 to update the Court on: (a) the progress of written discovery; (b) the parties' deposition plans; (c) the status of settlement discussions, if any; and (d) any other matters the parties believe should be brought to the Court's attention. The Court notes that if the parties wish for the Court to enter a protective order, they should file a joint motion, and should submit a Microsoft Word version of their proposed order to the Court, including both a clean version and a redline version showing any changes from the District Court's model order, via email (to Proposed_Order_McShain@ilnd.uscourts.gov.) The parties should be mindful that, notwithstanding any preference to take depositions in person, they cannot expect this in the current environment, nor can they reasonably expect the case to be put on hold until that changes. To be more specific, the parties are to assume that all depositions will have to be taken by remote means (unless both sides and the witness consent to an in−person deposition) and are to plan accordingly. Delay due to a desire to take in−person depositions at a later date will not be a basis for extending any discovery deadline beyond the current deadline. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) should they be interested in discussing settlement or scheduling a settlement conference with the undersigned. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.