IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES VAVRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. l:21-cv-06847 ) ) Honorable Jorge L. Alonso |
| HONEYWELL INTERNATIONAL INC., a Delaware corporation, d/b/a HONEYWELL INTELLIGRATED, | ) ) ) Magistrate Judge Heather K. McShain ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Plaintiff CHARLES VAVRA and Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated, by and through their respective attorneys, pursuant to ECF No. 19, respectfully submit the following Joint Status Report.

**I.       Progress of Written Discovery**

On March 7, 2022, Defendant served its Federal Rule of Civil Procedure 26 initial disclosures on Plaintiff. On March 8, 2022, Plaintiff served his Rule 26 initial disclosures on Defendant.

In addition, on April 25, 2022, Defendant served on Plaintiff its first set of discovery requests—including authorization forms for release of records pertaining to Plaintiff held by third parties.

Plaintiff intends to serve written discovery demands shortly.

**II.      Deposition Plans**

Plaintiff intends to conduct depositions following receipt of written discovery responses (to be served shortly). At this point it is unclear how many depositions will need to be taken, but Plaintiff anticipates at least three, and possibly more.

Defendant currently plans to gather and review Plaintiff's answers and responses to its discovery requests, as well as any documents from third parties, before taking depositions. Defendant currently plans to take only one deposition (that of Plaintiff), but reserves the right to take additional depositions as additional information and documents come into its possession.

### III. The Status of Settlement Discussions

The parties have not had any settlement discussions.

### IV. Other Matters

The parties have no other matters to bring to the Court's attention.

| | |
|---|---|
| DATED: April 26, 2022 | Respectfully submitted, |
| By: /s/ Alec J. Beck (*with consent*) <br> One of the Attorneys for Plaintiff <br> **CHARLES VAVRA** | By: /s/ Sam Sedaei <br> One of the Attorneys for Defendant <br> **HONEYWELL INTERNATIONAL, INC.** |

John W. Mauck
Whitman H. Brisky
Andrew S. Willis
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, IL 60602
Telephone: 312.726.1243
*jmauck@mauckbaker.com*
*wbrisky@mauckbaker.com*
*awillis@mauckbaker.com*

Alec J. Beck
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: 612.355.4100
*beck@parkerdk.com*

Douglas P. Seaton
James V. F. Dickey
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
Telephone: 612.428.7002
*doug.seaton@umlc.org*
*james.dickety@umlc.org*

Jennifer L. Colvin (ARDC No. 6274731)
Sam Sedaei (ARDC No. 6317657)
**OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.**
155 North Wacker Drive - Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
*jennifer.colvin@ogletreedeakins.com*
*sam.sedaei@ogletreedeakins.com*

## CERTIFICATE OF SERVICE

    The undersigned attorney hereby certifies that on April 26, 2022, the foregoing *Joint Status Report* was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

>John W. Mauck
>Whitman H. Brisky
>Andrew S. Willis
>**MAUCK & BAKER, LLC**
>One North LaSalle Street, Suite 600
>Chicago, Illinois 60602
>*jmauck@mauckbaker.com*
>*wbrisky@mauckbaker.com*
>*awillis@mauckbaker.com*
>
>Alec J. Beck
>**PARKER DANIELS KIBORT**
>888 Colwell Building
>123 North Third Street
>Minneapolis, MN 55401
>*beck@parkerdk.com*
>
>Douglas P. Seaton
>James V. F. Dickey
>**UPPER MIDWEST LAW CENTER**
>8421 Wayzata Boulevard, Suite 300
>Golden Valley, MN 55426
>*doug.seaton@umlc.org*
>*james.dickety@umlc.org*
>
>***Attorneys for Plaintiff***

 

                                                    /s/ Sam Sedaei
                                                  One of the Attorneys for Defendant
                                                  **HONEYWELL INTERNATIONAL, INC.**