UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Charles Vavra

Plaintiff,

v.

Case No.: 1:21−cv−06847

Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 27, 2022:

MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [20], in which they update on the status of fact discovery. The parties report that they both severed their initial disclosures, that Defendant has served its first set of discovery requests, and Plaintiff intends to serve discovery requests shortly. On oral discovery, Plaintiff anticipates taking at least three depositions, possibly more, and at this time Defendant anticipates only deposing Plaintiff, though both parties indicate they will know more about their plans after they receive and review written discovery responses. Further joint status report due 06/27/2022 to update the Court on: (a) the progress of fact discovery, including written and oral discovery; (b) the status of settlement discussions, if any; and (c) any other matters the parties believe should be brought to the Court's attention. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) should they be interested in discussing settlement or scheduling a settlement conference with the undersigned. Mailed notice(pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.