IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES VAVRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:21-cv-06847 |
| v. ) | |
| ) | Honorable Judge L. Alonso |
| HONEYWELL INTERNATIONAL, INC., ) | |
| a Delaware corporation, d/b/a ) | JURY TRIAL DEMANDED |
| HONEYWELL INTELLIGRATED, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW ATTORNEY ANDREW S. WILLIS
AS COUNSEL FOR PLAINTIFF**

The undersigned attorney, Andrew S. Willis, requests that this Court allow him to withdraw from representation of Plaintiff, CHARLES VAVRA. In support of this motion, counsel states as follows:

1. The undersigned attorney will cease his employment with the law firm of Mauck & Baker, LLC as of May 20, 2022.

2. After May 20, 2022, the undersigned attorney will cease all work on this case with the law firm of Mauck & Baker, LLC.

3. Plaintiff will continue to be represented by Mauck & Baker, LLC and attorneys Whitman H. Brisky and John W. Mauck, along with counsel appearing *pro hac vice*, Alec Beck, Douglas Seaton, and James Dickey.

WHEREFORE, the undersigned respectfully request that this Court enter an order allowing the undersigned attorney's withdrawal.

Dated: May 20, 2022                                    Respectfully Submitted,

                                                             By: /s/ Andrew S. Willis

Andrew S. Willis
Mauck & Baker, LLC
1 N. LaSalle St., Ste. 600
Chicago, IL 60602
awillis@mauckbaker.com
312-726-1243

## CERTIFICATE OF SERVICE

I, Andrew S. Willis, certify that on May 20, 2022, I caused a copy of the foregoing motion to be filed electronically through the CM/ECF system, which constitutes service on all counsels of record.

/s/ Andrew S. Willis  \_\_\_\_
Andrew S. Willis

Andrew S. Willis
Mauck & Baker, LLC
1 N. LaSalle St., Ste. 600
Chicago, IL 60602
awillis@mauckbaker.com
312-726-1243