# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Charles Vavra

                Plaintiff,

v.

                Case No.: 1:21−cv−06847

                Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 24, 2022:

    MINUTE entry before the Honorable Jorge L. Alonso:Plaintiff's Motion to withdraw as Attorney Andrew S. Willis as counsel [22] is granted. Attorney Andrew Scott Willis is given leave to withdraw as counsel for Plaintiff.Notice mailed by Judge&#039;s staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.