IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES VAVRA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. l:21-cv-06847 |
| v. | ) |
| | ) Honorable Jorge L. Alonso |
| HONEYWELL INTERNATIONAL INC., a | ) |
| Delaware corporation, d/b/a HONEYWELL | ) Magistrate Judge Heather K. McShain |
| INTELLIGRATED, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Plaintiff CHARLES VAVRA ("Plaintiff") and Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated, by and through their respective attorneys, pursuant to ECF No. 21, respectfully submit the following Joint Status Report.

**I.  Progress of Fact Discovery**

On March 7, 2022, Defendant served its Federal Rule of Civil Procedure 26 initial disclosures on Plaintiff. On March 8, 2022, Plaintiff served his Rule 26 initial disclosures on Defendant. In addition, on April 25, 2022, Defendant served on Plaintiff its first set of discovery requests—including authorization forms for release of records pertaining to Plaintiff held by third parties. On June 1, 2022, Plaintiff provided his responses to Defendant's discovery requests, but withheld the production of documents pending the entry of a confidentiality order. Parties have since been conferring about the draft of a confidentiality order to determine if an agreed order is a possibility. The Plaintiff will be serving its discovery requests during the week of this Report.

**II.  The Status of Settlement Discussions**

The parties have not had any settlement discussions.

**III.** **Other Matters**

The parties have no other matters to bring to the Court's attention at this time.

DATED: June 27, 2022                                             Respectfully submitted,

By: /s/ Alec J. Beck (*with consent*)                            By: /s/ Sam Sedaei
   One of the Attorneys for Plaintiff                                 One of the Attorneys for Defendant
   **CHARLES VAVRA**                                                   **HONEYWELL INTERNATIONAL, INC.**

John W. Mauck                                                    Jennifer L. Colvin (ARDC No. 6274731)
Whitman H. Brisky                                                Sam Sedaei (ARDC No. 6317657)
Andrew S. Willis                                                 **OGLETREE, DEAKINS, NASH,**
**MAUCK & BAKER, LLC**                                              **SMOAK & STEWART, P.C.**
One North LaSalle Street, Suite 600                              155 North Wacker Drive, Suite 4300
Chicago, IL 60602                                                Chicago, IL 60606
*jmauck@mauckbaker.com*                                          Telephone: 312.558.1220
*wbrisky@mauckbaker.com*                                         *jennifer.colvin@ogletreedeakins.com*
*awillis@mauckbaker.com*                                         *sam.sedaei@ogletreedeakins.com*

Alec J. Beck
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
*beck@parkerdk.com*

Douglas P. Seaton
James V. F. Dickey
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
*doug.seaton@umlc.org*
*james.dickety@umlc.org*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 27, 2022, the foregoing *Joint Status Report* was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

>John W. Mauck
>Whitman H. Brisky
>Andrew S. Willis
>**MAUCK & BAKER, LLC**
>One North LaSalle Street, Suite 600
>Chicago, IL 60602
>*jmauck@mauckbaker.com*
>*wbrisky@mauckbaker.com*
>*awillis@mauckbaker.com*
>
>Alec J. Beck
>**PARKER DANIELS KIBORT**
>888 Colwell Building
>123 North Third Street
>Minneapolis, MN 55401
>*beck@parkerdk.com*
>
>Douglas P. Seaton
>James V. F. Dickey
>**UPPER MIDWEST LAW CENTER**
>8421 Wayzata Boulevard, Suite 300
>Golden Valley, MN 55426
>*doug.seaton@umlc.org*
>*james.dickety@umlc.org*
>
>*Attorneys for Plaintiff*

>>/s/ Sam Sedaei
>>One of the Attorneys for Defendant
>>**HONEYWELL INTERNATIONAL, INC.**