UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Charles Vavra

          Plaintiff,

v.

    Case No.: 1:21−cv−06847

    Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 29, 2022:

    MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [24] in which the parties update on the progress of discovery. The parties report that Plaintiff has served his responses to Defendant's discovery requests, but has withheld the production of documents pending the entry of a confidentiality order, on which the parties are conferring to determine if an agreed order is possible. Plaintiff also reports he will be serving discovery requests this week. The parties further report that they have not yet had any settlement discussions, and that there are no other issues to bring to the Court's attention. Further joint status report due 08/08/2022 to update the Court on the same items as the instant status report. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) should they be interested in discussing settlement or scheduling a settlement conference with the undersigned. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.