IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES VAVRA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HONEYWELL INTERNATIONAL INC., a )<br>Delaware corporation, d/b/a HONEYWELL )<br>INTELLIGRATED, )<br>)<br>Defendant. ) | Case No. l:21-cv-06847<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Judge Heather K. McShain |

## JOINT STATUS REPORT

Pursuant to this Court's June 29, 2022 Order [ECF No. 25], Plaintiff CHARLES VAVRA ("Plaintiff") and Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated (together "the Parties"), by and through their respective attorneys, respectfully submit the following Joint Status Report and request an extension of fact discovery deadline.

**I.      Progress of Fact Discovery**

On March 7, 2022, Defendant served its Federal Rule of Civil Procedure 26 initial disclosures on Plaintiff. On March 8, 2022, Plaintiff served his Rule 26 initial disclosures on Defendant. In addition, on April 25, 2022, Defendant served on Plaintiff its first set of discovery requests—including authorization forms for release of records pertaining to Plaintiff held by third parties. On June 1, 2022, Plaintiff provided his responses to Defendant's discovery requests, but withheld the production of documents pending the entry of a confidentiality order.

Parties have since been conferring about the draft of a confidentiality order to determine if an agreed order is possible. On July 14, 2022, Plaintiff produced a set of documents in response to Defendant's document requests. On August 4, 2022, Defendant's counsel informed Plaintiff's counsel that there are certain deficiencies in Plaintiff's discovery requests and records

authorizations, and requested a meet-and-confer call pursuant to LR 37.2. The Parties held the aforementioned meet-and-confer call on August 8, 2022. In addition, Defendant's counsel informed Plaintiff's counsel that in the event that the Parties do not reach an agreement on the text of the confidentiality order by August 10, 2022, Defendant will file a motion for entry of its proposed version of a confidentiality order (which is virtually identical to this Court's Model Confidentiality Order).

To date, Plaintiff has not propounded discovery requests on Defendant.

## II. The Status of Settlement Discussions

The parties have not had any settlement discussions.

## III. Other Matters

The Parties still need to complete several steps as part of fact discovery, including the entry of a confidentiality order, addressing certain discovery deficiencies, sending subpoenas to several third-parties for relevant documents, and completing Plaintiff's deposition. The current fact discovery deadline is October 31, 2022, but the Parties anticipate needing an additional 60 days to complete the above steps. As such, they request an extension of the fact discovery deadline to December 31, 2022.

**[Signature block follows on next page]**

| | |
|---|---|
| **DATED:** August 8, 2022 | Respectfully submitted, |
| By: /s/ Alec J. Beck *(with consent)*<br>One of the Attorneys for Plaintiff<br>**CHARLES VAVRA** | By: /s/ Sam Sedaei<br>One of the Attorneys for Defendant<br>**HONEYWELL INTERNATIONAL, INC.** |

John W. Mauck
Whitman H. Brisky
Andrew S. Willis
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, IL 60602
*jmauck@mauckbaker.com*
*wbrisky@mauckbaker.com*
*awillis@mauckbaker.com*

Alec J. Beck
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
*beck@parkerdk.com*

Douglas P. Seaton
James V. F. Dickey
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
*doug.seaton@umlc.org*
*james.dickety@umlc.org*

Jennifer L. Colvin (ARDC No. 6274731)
Sam Sedaei (ARDC No. 6317657)
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
*jennifer.colvin@ogletreedeakins.com*
*sam.sedaei@ogletreedeakins.com*

3

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 8, 2022, the foregoing *Joint Status Report* was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

    John W. Mauck
    Whitman H. Brisky
    Andrew S. Willis
    **MAUCK & BAKER, LLC**
    One North LaSalle Street, Suite 600
    Chicago, IL 60602
    *jmauck@mauckbaker.com*
    *wbrisky@mauckbaker.com*
    *awillis@mauckbaker.com*

    Alec J. Beck
    **PARKER DANIELS KIBORT**
    888 Colwell Building
    123 North Third Street
    Minneapolis, MN 55401
    *beck@parkerdk.com*

    Douglas P. Seaton
    James V. F. Dickey
    **UPPER MIDWEST LAW CENTER**
    8421 Wayzata Boulevard, Suite 300
    Golden Valley, MN 55426
    *doug.seaton@umlc.org*
    *james.dickey@umlc.org*

*Attorneys for Plaintiff*

    /s/ Sam Sedaei
    One of the Attorneys for Defendant
    **HONEYWELL INTERNATIONAL, INC.**