UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Charles Vavra

                    Plaintiff,

v.

                    Case No.: 1:21−cv−06847

                    Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 9, 2022:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [26]. A telephonic status hearing is set for 08/17/2022 at 8:30 a.m. to discuss the status of discovery, and the parties' request in their status report for a 60 day extension of the 10/31/2022 fact discovery deadline. To participate in the telephonic status hearing, the dial−in number is 888−684−8852, followed by access code 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.