## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Charles Vavra

                                        Plaintiff,

v.                                                          Case No.:
                                                            1:21−cv−06847

                                                            Honorable Jorge L.
                                                            Alonso

Honeywell Intelligrated, Inc., a Delaware
corporation, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 12, 2022:

        MINUTE entry before the Honorable Heather K. McShain: On the Court's own
motion, telephonic status hearing set for 08/17/2022 is reset to 08/19/2022 at 8:30 a.m.
Dial−in information remains the same [27]. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.