IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES VAVRA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. l:21-cv-06847 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| HONEYWELL INTERNATIONAL INC., a | ) | Magistrate Judge Heather K. McShain |
| Delaware corporation, d/b/a HONEYWELL | ) | |
| INTELLIGRATED, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED MOTION FOR ENTRY OF AGREED CONFIDENTIALITY ORDER

Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated, by and through its undersigned attorneys and with agreement from Plaintiff CHARLES VAVRA ("Plaintiff"), respectfully requests that this Court enter the parties' proposed Agreed Confidentiality Order. In support of this Motion, Defendant states as follows:

1. The Complaint in this matter alleges that Defendant discriminated against him on the basis of race and retaliated against him for engaging in protected activities in contravention of the Illinois Human Rights Act and the Civil Rights Act of 1964, and wrongfully terminated him under Illinois state law. Defendant denies these allegations.

2. During the course of discovery in this matter, Plaintiff may request, among other things, that Defendant produces information pertaining to confidential business practices and procedures, confidential commercial or financial information, and personal information pertaining to non-party employees. In addition, Defendant has requested, among other things, that Plaintiff produce certain financial and medical information. This material contains confidential information.

3. Counsel for the parties have discussed and agreed on the proposed Agreed Confidentiality Order, which substantially follows LR 26.2 Model Confidentiality Order. Consistent with the Court's standing order, Defendant's counsel is submitting the proposed Agreed Confidentiality Order to [Proposed_Order_Alonso@ilnd.uscourts.gov](mailto:Proposed_Order_Alonso@ilnd.uscourts.gov).

4. On August 9, 2022, Plaintiff's counsel, Alec Beck, stated that Plaintiff agrees to the proposed Agreed Confidentiality Order to govern designation, disclosure, and use of confidential information in this case.

**WHEREFORE**, for the foregoing reasons, Defendant HONEYWELL INTERNATIONAL, INC. respectfully request that this Court enter the parties' Agreed Confidentiality Order attached hereto as Exhibit A.

DATED: August 16, 2022.     Respectfully submitted,

By:   /s/ *Sam Sedaei*
      One of the Attorneys for Defendant
      **HONEYWELL INTERNATIONAL, INC.**

Jennifer Colvin (ARDC No. 6274731)
Sam Sedaei (ARDC No. 6317657)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
[jennifer.colvin@ogletree.com](mailto:jennifer.colvin@ogletree.com)
[sam.sedaei@ogletree.com](mailto:sam.sedaei@ogletree.com)

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 16, 2022 the foregoing *Agreed Motion for Entry of Agreed Confidentiality Order* was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

> John W. Mauck
> Whitman H. Brisky
> Andrew S. Willis
> **MAUCK & BAKER, LLC**
> One North LaSalle Street, Suite 600
> Chicago, Illinois 60602
> *jmauck@mauckbaker.com*
> *wbrisky@mauckbaker.com*
> *awillis@mauckbaker.com*
>
> Alec J. Beck
> **PARKER DANIELS KIBORT**
> 888 Colwell Building
> 123 North Third Street
> Minneapolis, MN 55401
> *beck@parkerdk.com*
>
> Douglas P. Seaton
> James V. F. Dickey
> **UPPER MIDWEST LAW CENTER**
> 8421 Wayzata Boulevard, Suite 300
> Golden Valley, MN 55426
> *doug.seaton@umlc.org*
> *james.dickety@umlc.org*
>
> *Attorneys for Plaintiff*

    /s/ *Sam Sedaei*
One of the Attorneys for Defendant
**HONEYWELL INTERNATIONAL, INC.**