## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Charles Vavra

                Plaintiff,

v.                                          Case No.: 1:21−cv−06847

                                                  Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 17, 2022:

    MINUTE entry before the Honorable Heather K. McShain: The Court is in receipt of Defendant's agreed motion for entry of agreed confidentiality order [29]. The motion is granted, and Defendant is instructed to email a clean Microsoft Word version of the proposed agreed order to the undersigned's proposed order inbox (Proposed_order_mcshain@ilnd.uscourts.gov). Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.