# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Charles Vavra

                                              Plaintiff,

v.                                                                 Case No.: 1:21−cv−06847

                                                                       Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 19, 2022:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic status hearing held on 08/19/2022. As discussed on the record, in light of the discovery that remains outstanding, including oral discovery and responses to third−party records subpoenas, the Court will grant the parties' request for a 60 day extension of the fact discovery deadline. Fact discovery is extended until 12/31/2022. This is a firm deadline, and any future requests for extensions will need to be presented in a formal motion and will not be granted absent extraordinary or unforeseen circumstances. A joint status report is due 10/03/2022 to update the Court on: (a) the progress of fact discovery; (b) the state of settlement discussions, if any; and (c) any other matters the parties wish to raise with the Court. The Court reminds the parties that they may contact chambers at any time prior to 10/03/2022 (by email to Chambers_McShain@ilnd.uscourts.gov) should they be interested in discussing settlement or scheduling a settlement conference with the undersigned. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.