IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES VAVRA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. l:21-cv-06847 ) ) Honorable Jorge L. Alonso |
| HONEYWELL INTERNATIONAL INC., a Delaware corporation, d/b/a HONEYWELL INTELLIGRATED, | ) ) ) Magistrate Judge Heather K. McShain ) ) |
| Defendant. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's August 19, 2022 Order [ECF No. 32], Plaintiff CHARLES VAVRA ("Plaintiff") and Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated (together "the Parties"), by and through their respective attorneys, respectfully submit the following Joint Status Report and request an extension of fact discovery deadline.

**I.   Progress of Fact Discovery**

On March 7, 2022, Defendant served its Federal Rule of Civil Procedure 26 initial disclosures on Plaintiff. On March 8, 2022, Plaintiff served his Rule 26 initial disclosures on Defendant. In addition, on April 25, 2022, Defendant served on Plaintiff its first set of discovery requests—including authorization forms for release of records pertaining to Plaintiff held by third parties. On June 1, 2022, Plaintiff provided his responses to Defendant's discovery requests, but withheld the production of documents pending the entry of a confidentiality order.

On July 14, 2022, Plaintiff produced a set of documents in response to Defendant's document requests. On August 4, 2022, Defendant's counsel informed Plaintiff's counsel that there were certain deficiencies in Plaintiff's discovery requests and records authorizations, and the Parties held the aforementioned meet-and-confer call on August 8, 2022. On August 16, 2022,

Plaintiff's counsel provided a response letter regarding the items that the Parties discussed during their meet-and-confer call the prior week. In addition, the Parties reached an agreement on the text of a confidentiality order, which was entered by the Court on August 18, 2020.

On August 26, 2022, Plaintiff provided Defendant with signed and notarized authorization forms. Defendant has since sent subpoenas to Plaintiff's healthcare providers, Illinois Department of Employment Security, and a recruiting agency with which Plaintiff allegedly worked to obtain alternative employment following his termination from Defendant.

On September 15, 2022, Plaintiff propounded his first set of discovery requests on Defendant.

**II.     The Status of Settlement Discussions**

The parties have not had any settlement discussions.

**III.    Other Matters**

None at this time.

**[Signature block follows on next page]**

| | |
|---|---|
| **DATED:** October 3, 2022 | Respectfully submitted, |
| By: /s/ Alec J. Beck *(with consent)*<br>One of the Attorneys for Plaintiff<br>**CHARLES VAVRA** | By: /s/ Sam Sedaei<br>One of the Attorneys for Defendant<br>**HONEYWELL INTERNATIONAL, INC.** |
| John W. Mauck<br>Whitman H. Brisky<br>Andrew S. Willis<br>**MAUCK & BAKER, LLC**<br>One North LaSalle Street, Suite 600<br>Chicago, IL 60602<br>*jmauck@mauckbaker.com*<br>*wbrisky@mauckbaker.com*<br>*awillis@mauckbaker.com* | Jennifer L. Colvin (ARDC No. 6274731)<br>Sam Sedaei (ARDC No. 6317657)<br>**OGLETREE, DEAKINS, NASH,**<br>  **SMOAK & STEWART, P.C.**<br>155 North Wacker Drive, Suite 4300<br>Chicago, IL 60606<br>Telephone: 312.558.1220<br>*jennifer.colvin@ogletreedeakins.com*<br>*sam.sedaei@ogletreedeakins.com* |
| Alec J. Beck<br>**PARKER DANIELS KIBORT**<br>888 Colwell Building<br>123 North Third Street<br>Minneapolis, MN 55401<br>*beck@parkerdk.com* | |
| Douglas P. Seaton<br>James V. F. Dickey<br>**UPPER MIDWEST LAW CENTER**<br>8421 Wayzata Boulevard, Suite 300<br>Golden Valley, MN 55426<br>*doug.seaton@umlc.org*<br>*james.dickety@umlc.org* | |

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on October 3, 2022, the foregoing ***Joint Status Report*** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

      John W. Mauck
      Whitman H. Brisky
      Andrew S. Willis
      **MAUCK & BAKER, LLC**
      One North LaSalle Street, Suite 600
      Chicago, IL 60602
      *jmauck@mauckbaker.com*
      *wbrisky@mauckbaker.com*
      *awillis@mauckbaker.com*

      Alec J. Beck
      **PARKER DANIELS KIBORT**
      888 Colwell Building
      123 North Third Street
      Minneapolis, MN 55401
      *beck@parkerdk.com*

      Douglas P. Seaton
      James V. F. Dickey
      **UPPER MIDWEST LAW CENTER**
      8421 Wayzata Boulevard, Suite 300
      Golden Valley, MN 55426
      *doug.seaton@umlc.org*
      *james.dickety@umlc.org*

      ***Attorneys for Plaintiff***

      /s/ Sam Sedaei
      One of the Attorneys for Defendant
      **HONEYWELL INTERNATIONAL, INC.**

53197892.v1-OGLETREE