UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Charles Vavra

                        Plaintiff,

v.                                  Case No.: 1:21−cv−06847

                                  Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 5, 2022:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [33]. The parties report that, since the last status, Plaintiff provided Defendant with signed and notarized authorization forms, and Defendants have sent records subpoenas to several third−parties. The report also indicates that Plaintiff has now propounded discovery requests on Defendant. Further joint status report due 11/04/2022 to update the Court on the same items as the instant status. Mailed notice. (pk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.