IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES VAVRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. l:21-cv-06847 |
| v. ) | |
| ) | Honorable Jorge L. Alonso |
| HONEYWELL INTERNATIONAL INC., a ) | |
| Delaware corporation, d/b/a HONEYWELL ) | Magistrate Judge Heather K. McShain |
| INTELLIGRATED, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's October 5, 2022 Order [ECF No. 34], Plaintiff CHARLES VAVRA ("Plaintiff") and Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated (together "the Parties"), by and through their respective attorneys, respectfully submit the following Joint Status Report.

**I.      Progress of Fact Discovery**

On April 25, 2022, Defendant served on Plaintiff its first set of discovery requests—including authorization forms for release of records pertaining to Plaintiff held by third parties. On June 1, 2022, Plaintiff provided his responses to Defendant's discovery requests, and on July 14, 2022, he produced a set of documents in response to Defendant's document requests. On August 8, 2022, the Parties held a meet-and-confer call regarding certain portions of Plaintiff's discovery responses, and on August 16, 2022, Plaintiff provided a response regarding the items discussed during their meet-and-confer call the prior week. Defendant has also received certain responses to its subpoenas to third parties, and is planning to provide Plaintiff with an update.

On September 15, 2022, Plaintiff propounded his first set of discovery requests on Defendant. Defendant has sought an extension until the end of November, 2022, to respond to the discovery requests due to the fact that certain individuals were traveling in September, 2022, and

Defendant's efforts to gather responsive documents have required running and review and ESI. Plaintiff has agreed with this request.

The Parties are currently discussing scheduling Plaintiff's deposition, as well as any depositions Plaintiff will need to take.

## II. The Status of Settlement Discussions

The Parties have not had any settlement discussions.

## III. Other Matters

None at this time.

DATED: November 16, 2022

By: /s/ Alec J. Beck *(with consent)*
    One of the Attorneys for Plaintiff
    **CHARLES VAVRA**

John W. Mauck
Whitman H. Brisky
Andrew S. Willis
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, IL 60602
*jmauck@mauckbaker.com*
*wbrisky@mauckbaker.com*
*awillis@mauckbaker.com*

Alec J. Beck
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
*beck@parkerdk.com*

Douglas P. Seaton
James V. F. Dickey
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
*doug.seaton@umlc.org*
*james.dickety@umlc.org*

Respectfully submitted,

By: /s/ *Sam Sedaei*
    One of the Attorneys for Defendant
    **HONEYWELL INTERNATIONAL, INC.**

Jennifer L. Colvin (ARDC No. 6274731)
Sam Sedaei (ARDC No. 6317657)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone: 312.558.1220
*jennifer.colvin@ogletreedeakins.com*
*sam.sedaei@ogletreedeakins.com*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on November 16, 2022, the foregoing ***Joint Status Report*** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

> John W. Mauck
> Whitman H. Brisky
> Andrew S. Willis
> **MAUCK & BAKER, LLC**
> One North LaSalle Street, Suite 600
> Chicago, IL 60602
> *jmauck@mauckbaker.com*
> *wbrisky@mauckbaker.com*
> *awillis@mauckbaker.com*
>
> Alec J. Beck
> **PARKER DANIELS KIBORT**
> 888 Colwell Building
> 123 North Third Street
> Minneapolis, MN 55401
> *beck@parkerdk.com*
>
> Douglas P. Seaton
> James V. F. Dickey
> **UPPER MIDWEST LAW CENTER**
> 8421 Wayzata Boulevard, Suite 300
> Golden Valley, MN 55426
> *doug.seaton@umlc.org*
> *james.dickey@umlc.org*
>
> ***Attorneys for Plaintiff***

                              /s/ Sam Sedaei
                              One of the Attorneys for Defendant
                              **HONEYWELL INTERNATIONAL, INC.**