IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES VAVRA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. l:21-cv-06847 |
| | ) | |
| v. | ) | Honorable Jorge L. Alonso |
| | ) | |
| HONEYWELL INTERNATIONAL INC., a | ) | Magistrate Judge Heather K. McShain |
| Delaware corporation, d/b/a HONEYWELL | ) | |
| INTELLIGRATED, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S AGREED MOTION FOR EXTENSION
OF TIME FOR PARTIES TO COMPLETE ORAL DISCOVERY**

Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated, by and through its undersigned attorneys and with agreement from Plaintiff CHARLES VAVRA ("Plaintiff"), respectfully requests an extension of time to complete oral discovery. In support of this Motion, Defendant states as follows:

1. The deadline for fact discovery in this case is currently set for December 31, 2022.

2. On September 15, 2022, Plaintiff propounded his first set of discovery requests on Defendant. Until November 6, 2022, Defendant's undersigned counsel had a federal trial scheduled to begin on November 9, 2022, before the Honorable Joan Lefkow, in the case of *Nassar v. Dufresne Spencer Group*, Case No. 1:19-cv-06624. In addition, certain employees of Defendant were traveling in September 2022, and Defendant's efforts to gather responsive documents required running and reviewing Electronically Stored Information ("ESI"). Therefore, Defendant sought an extension until the end of November 2022 to respond to Plaintiff's discovery requests. Plaintiff agreed to the request.

3. Plaintiff's and Defendant's counsel have discussed the need for depositions in this case. Defendant has indicated that it is planning to take only one deposition, which is that of

Plaintiff, Charles Vavra. Jennifer Colvin—Defendant's lead counsel who is planning to take Plaintiff's deposition—has a trial scheduled to begin on December 5, 2022, in the U.S. District Court, Southern District of Illinois, in the case of *Davis v. Hayman*, Case No. 3:18-cv-01493. In addition, Ms. Colvin has an appellate brief due to be filed with the Seventh Circuit Court of Appeals on November 21, 2022, in the case of *Jackson v. Humana*, Case No. 22-2299. Ms. Colvin also will be traveling to the west coast to see family from December 21 through December 29, 2022. In light of these commitments and the holidays, Ms. Colvin will not be able to take Plaintiff's deposition in December 2022. However, Defendant has noticed Plaintiff's deposition for January 11, 2023.

4. In addition, Plaintiff's counsel has indicated that he is planning to take several depositions, and will provide the names of the deponents soon. He has stated that at least two of these individuals are former employees. Once Plaintiff provides their names, Defendant will need to contact these deponents to secure their representations and schedule their depositions. If these individuals do not wish to be represented, Plaintiff will need to subpoena them. The parties expect that they can conduct these depositions by February 28, 2023.

5. As such, Defendant moves this Court to extend the deadline for fact discovery until February 28, 2023 for the purpose of completing oral discovery.

6. This Motion is not being brought for the purposes of undue delay, and no party will be prejudiced by this Motion. Defendant's counsel consulted with Plaintiff's counsel about filing this Motion, and Plaintiff's counsel indicated that he did not oppose it.

**WHEREFORE**, for the foregoing reasons, Defendant HONEYWELL INTERNATIONAL, INC. respectfully request that this Court extend the fact discovery deadline until February 28, 2023 for the purpose of completing oral discovery.

DATED: November 16, 2022.                                   Respectfully submitted,

                                                By:  /s/  *Sam Sedaei*
                                                     One of the Attorneys for Defendant
                                                     **HONEYWELL INTERNATIONAL, INC.**

Jennifer Colvin (ARDC No. 6274731)
Sam Sedaei (ARDC No. 6317657)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone:  312.558.1220
*jennifer.colvin@ogletree.com*
*sam.sedaei@ogletree.com*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 16, 2022 the foregoing *Defendant's Motion for Extension of Time to Complete Oral Discovery* was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

> John W. Mauck
> Whitman H. Brisky
> Andrew S. Willis
> **MAUCK & BAKER, LLC**
> One North LaSalle Street, Suite 600
> Chicago, Illinois 60602
> *jmauck@mauckbaker.com*
> *wbrisky@mauckbaker.com*
> *awillis@mauckbaker.com*
>
> Alec J. Beck
> **PARKER DANIELS KIBORT**
> 888 Colwell Building
> 123 North Third Street
> Minneapolis, MN 55401
> *beck@parkerdk.com*
>
> Douglas P. Seaton
> James V. F. Dickey
> **UPPER MIDWEST LAW CENTER**
> 8421 Wayzata Boulevard, Suite 300
> Golden Valley, MN 55426
> *doug.seaton@umlc.org*
> *james.dickety@umlc.org*
>
> *Attorneys for Plaintiff*

    /s/ *Sam Sedaei*
One of the Attorneys for Defendant
**HONEYWELL INTERNATIONAL, INC.**