UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Charles Vavra

                                            Plaintiff,

v.                                                          Case No.: 1:21−cv−06847

                                                          Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2022:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [35] and agreed motion to extend the deadline to complete oral discovery [36]. Since the last report, parties update that defendant will respond to plaintiff's first set of discovery requests, served on 09/15/2022, by 11/30/2022. The report also states that the parties are scheduling depositions, including the deposition of the plaintiff and "any depositions that plaintiff intends to take." The extension motion indicates that the parties cannot complete the outstanding depositions by the 12/31/2022 deadline because: defendant's lead counsel has an appellate brief due on 11/21/2022, a trial scheduled to begin 12/5/2022, and is traveling to the west coast between 12/21−12/29 for the holidays; and, because plaintiff has not provided defendant with the names of persons plaintiff intends to depose. The parties' extension motion [36] is denied, as follows. On 02/17/2022, the Court ordered fact discovery to close on 10/31/2022 [12]. On 08/08/2022, the parties requested a 60−day extension of that deadline via a joint status report [26]. At a status hearing on 08/18/2022 [32], the Court stated it was reluctant to extend the fact discovery deadline given the demonstrated lack of progress in discovery at that time. Indeed, to the attorneys' credit, they admitted during the hearing that the parties had not been diligent in pursuing discovery and represented that an additional 60 days was sufficient time to complete fact discovery. As a result, the Court granted the parties' joint request for a 60−day extension of the fact discovery deadline to 12/31/2022, but the Court expressly stated that this was a firm deadline that would not be extended further absent extraordinary and unforeseen circumstances [32]. The circumstances cited in support of the instant motion −− one defense attorney's work and vacation schedule and the remaining outstanding oral discovery, to include that plaintiff has yet to identify witnesses to depose certainly do not come close to meeting the Court's criteria. Moreover, the current deadline is six weeks away. For these reasons, the parties 9; extension motion [36] is denied. A telephonic status hearing is set for 12/19/2022 at 8:30 a.m., at which time the parties should be prepared to: (a) report that substantial progress has been made to complete oral fact discovery by the 12/31/2022 deadline; (b) whether expert discovery is expected and, if so, a proposed schedule for its completion; and (c) the status of

settlement negotiations, to include whether the parties wish to schedule a settlement conference. To participate in the telephonic status hearing, the dial−in number is 888−684−8852, followed by access code 8623687#. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.