## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Charles Vavra

Plaintiff,

v.

Case No.:
1:21–cv–06847

Honorable Jorge L.
Alonso

Honeywell Intelligrated, Inc., a Delaware
corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 19, 2022:

      MINUTE entry before the Honorable Heather K. McShain: Telephonic status
hearing held on 12/19/2022. Parties report that fact discovery is on track to close by
12/31/2022. Parties stated that they do not anticipate expert discovery at this time and
requested the Court set a briefing schedule for dispositive motions. The Court sets the
following briefing schedule on defendant's summary judgment motion: defendant's motion
for summary judgment due 02/17/2023; plaintiff's response due 03/20/2023; defendant's
reply due 04/03/2023. The parties are directed to review and comply with Judge Alonso's
Standing Order for Summary Judgment Motions (available on the Court's website at
www.ilnd.uscourts.gov by selecting the link for Judge Alonso and then the link for
"Summary Judgment Motions" under Case Procedures). The Court will leave the referral
open, and the parties may contact chambers at any time (by email to
Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with
settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.