# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHARLES VAVRA, ) | |
| ) | |
| Plaintiff, ) | Case No. l:21-cv-06847 |
| ) | |
| v. ) | Honorable Jorge L. Alonso |
| ) | |
| HONEYWELL INTERNATIONAL INC., a ) | Magistrate Judge Heather K. McShain |
| Delaware corporation, d/b/a HONEYWELL ) | |
| INTELLIGRATED, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated, by and through its undersigned attorneys, and pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1, hereby moves for summary judgment in its favor on the claims of Plaintiff CHARLES VAVRA ("Plaintiff"). In support hereof, Defendant states that there is no genuine issue of material fact and Defendant is entitled to summary judgment in its favor on Plaintiff's claims brought pursuant to The Civil Rights Act, The Illinois Human Rights Act, and Illinois State law.

For a further exposition of the grounds for this motion, Defendant refers the Court to its Local Rule 56.1 Statement of Material Facts and its Memorandum of Law in support of this Motion for Summary Judgment, filed contemporaneously herewith.

**WHEREFORE,** Defendant HONEYWELL INTERNATIONAL, INC. respectfully requests that the Court enter an order granting summary judgment in its favor on all of Plaintiff's claims.

**[Signature Block on Next Page]**

DATED:  February 17, 2023. Respectfully submitted,

By:   */s/ Sam Sedaei*
One of the Attorneys for Defendant
**HONEYWELL INTERNATIONAL, INC.**

Jennifer Colvin (ARDC No. 6274731)
Sam Sedaei (ARDC No. 6317657)
**OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.**
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone:  312.558.1220
jennifer.colvin@ogletree.com
sam.sedaei@ogletree.com

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 17, 2023, the foregoing ***Motion for Summary Judgment*** was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

John W. Mauck
Whitman H. Brisky
Judith A. Kott
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
*jmauck@mauckbaker.com*
*wbrisky@mauckbaker.com*
*jkott@mauckbaker.com*

Alec J. Beck
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
*beck@parkerdk.com*

Douglas P. Seaton
James V. F. Dickey
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
*doug.seaton@umlc.org*
*james.dickey@umlc.org*

***Attorneys for Plaintiff***

                             */s/ Sam Sedaei*
                             One of the Attorneys for Defendant
                             **HONEYWELL INTERNATIONAL, INC.**