# EXHIBIT C

## TO

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

**RE:** Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

# Honeywell

Chuck,

Congratulations! I am pleased to confirm our job offer for the role of Principal Applications Eng., located in Des Plaines, USA - Illinois. This is a Band 04 role.

We know that this position will be a significant opportunity for you and we anticipate that your continued contributions will be a great asset to Honeywell. I sincerely hope you will accept this offer.

**ACTIONS**

- Please review the "Offer Details" below and e-Sign by 1/12/2021, indicating whether you accept the offer.
- After you accept the offer, start the Next Steps below.

If you have questions about this offer, please call me at 513-701-5641 or email Todd.Bryant@Honeywell.com. You may also contact your recruiter at 513-701-5440 or Justin.Favela@Honeywell.com.

Kindest regards,
Todd Bryant

**OFFER DETAILS**

**Base Salary**
Your annual base salary will be $134838. Salary adjustments are based on performance and additional factors.

**Merit Eligibility**
Employees hired, rehired, or promoted on/after November 1st are generally not eligible for a salary increase the following year.

**Management Incentive Plan (MIP)**
You are eligible to participate in the Honeywell Management Incentive Plan (MIP) subject to the terms and conditions of the Plan. You can earn an annual bonus of 10% of your annual salary. Business and personal performance are factors in determining the bonus payout amount which may be more or less than your target bonus percent. This percent may also be prorated based on your hire date. If your first day of eligibility under the Plan is after October 31, then you are not eligible for a Management Incentive Plan payout in March of the following year.

**NEXT STEPS**

After you reply to formally accept the offer, start these steps.

**Intellectual Property Agreement**
As a condition of the employment offer/transfer/promotion, it is required that you agree to and sign a current copy of Honeywell's "Employee Agreement Relating to Trade Secrets, Proprietary and Confidential Information" (the "IP Agreement") before your start date. This IP Agreement will be part of your Onboarding tasks. In the event that you do not agree to and sign this agreement, the offer/transfer/promotion will not become effective.

**Military Actions**
If you are currently being discharged or if you have been discharged from the military during the last seven years, a copy of your DD214 should be returned with your offer acceptance.

*All businesses experience changing conditions. Honeywell reserves the right to change the terms and conditions of your employment to meet business needs. Your employment with Honeywell will be on an "at will" basis.*

Signature: Chuck Vavra
Date: 1/7/2021 1:42:45 PM



HON_001175