# EXHIBIT E

## TO

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

**RE:** Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

| | |
|---|---|
| From: | John Waldron <messagefromjohnwaldron@honeywell.com> |
| Sent: | Thursday, September 24, 2020 8:57 PM |
| To: | Vavra, Chuck |
| Subject: | Continue to Fight for Social Justice |



DEPOSITION EXHIBIT
4
Charles Vavra

Web Version





**Honeywell** | THE FUTURE IS WHAT WE MAKE IT

# MESSAGE FROM JOHN WALDRON

## CONTINUE TO FIGHT FOR SOCIAL JUSTICE

Dear Friends and Colleagues,

Yesterday's decision by the grand jury in Louisville, Kentucky not to indict the officers who killed Breonna Taylor is difficult for me to understand. I'm sure I don't have all the facts, and I'm struggling to process the many thoughts and emotions I have around this tragic situation. I can only imagine how our Black colleagues are feeling … again. Each time these situations occur, they highlight how far we must go to create an equal and just society where all people have the same opportunities to succeed.

Racial bias is real. Don't kid yourself. Each of us has unconscious bias within us. When these biases compound, they can evolve into institutional biases. Breaking out of this cycle is critically important for moving society forward. Breaking this cycle requires courage – the courage to discuss, the courage to admit our bias and to encourage and promote our differences, the courage to change.

Words alone aren't sufficient. We must take tangible actions to make a difference. We have, and we will continue to do so. In SPS, we are committed to doubling our efforts on the agenda we have set forth previously which includes engaging our Employee Resource Groups (ERG) with another round of listening sessions, upping our game when hiring

VAVRA000224

ensuring 100% of the time that the interview panel and candidates are diverse, and you can expect to hear of other actions we will be taking.

Shortly after George Floyd's death, one of our Black colleagues reminded me that it was white people in America that freed the slaves and ultimately supported the civil rights movement and legislation of the 1960s. That time is upon us again – we, me included, must insist upon racial equality. We must demand it from ourselves. We must welcome dialogue about it. We must have zero tolerance for its absence.

My hands and heart are open to each of our Black, Hispanic, Asian, and LGBTQ colleagues. I stand with you.

John

👍 Like | Comment

© 2020. All rights reserved.
This message is produced for internal use only and is not for distribution outside the Company.

This email was sent to Charles.Vavra@Honeywell.com from messagefromjohnwaldron@honeywell.com
Receive in Plain Text

2

VAVRA000225