# EXHIBIT F

## TO

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

**RE:** Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

| | |
|---|---|
| From: | Louise Quilter-Wood |
| To: | Vavra, Chuck |
| Subject: | TAKE ACTION TODAY: Unconscious Bias Awareness Training is Due Now |
| Date: | Wednesday, February 24, 2021 8:11:03 AM |



**LOUISE QUILTER-WOOD | VICE PRESIDENT HR AND COMMUNICATIONS | SPS**

**You are receiving this message because you have not completed the Unconscious Bias Awareness training which is due Feb. 25, 2021. Please click the link at the bottom of this email and complete the training within the next 24 hours.**

**Thank you.**
**Louise**



As part of our commitment to Inclusion and Diversity, Honeywell has launched Unconscious Bias Awareness training, which is required for all employees.*

While it's human nature to have biases, we must strive to overcome them to create an environment that values everyone's perspectives — a workplace based on trust, respect, and open communication. This training aims to equip you with the insights and tools needed to help spot and challenge the ways biases prevent us from creating an inclusive environment.

When we work to eliminate our implicit biases, we not only treat each other better, but we become a better company. Combating unconscious bias allows us to build a culture that supports better customer service, stronger business results, and a more engaged workforce. If you want to learn more about unconscious bias, watch this video on Removing Bias from Our Everyday Decision Making.

Please complete Unconscious Bias Awareness training by **Feb. 25, 2021**.

**TAKE THE UNCONSCIOUS BIAS AWARENESS TRAINING**



DEPOSITION EXHIBIT 5
Charles Vavra

VAVRA000363

*Subject to satisfaction of any applicable consultation or negotiation requirements.*

© 2021. All rights reserved.
This message is produced for internal use only and is not for distribution outside the company.

This email was sent to Charles.Vavra@Honeywell.com from SPSHRCommunications@honeywell.com
Receive in Plain Text

VAVRA000364