# GROUP EXHIBIT H

## TO

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

**RE:** Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **Sent:** | Wednesday, February 24, 2021 11:27 AM |
| **To:** | Vavra, Chuck |
| **Subject:** | Action Required: Unconscious Bias Awareness Training Due Soon |

Hello,

You have 5 day(s) left to complete your Unconscious Bias Awareness Training. Inclusion and Diversity is a top priority at Honeywell, and this training must be completed on time. Please go to the Learning Hub to complete the training.

You will receive an email reminder **every day** until you complete this action. If you fail to complete the training by Feb. 25, the matter will be escalated to your manager. Please do not delay.*

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements

Please **consider the environment** before printing this email.

1



DEPOSITION EXHIBIT
6
Charles Vavra

VAVRA000215

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **Sent:** | Wednesday, February 24, 2021 10:57 PM |
| **To:** | Vavra, Chuck |
| **Subject:** | Action Required: Unconscious Bias Awareness Training Due Soon |

Hello,

You have 4 day(s) left to complete your Unconscious Bias Awareness Training. Inclusion and Diversity is a top priority at Honeywell, and this training must be completed on time. Please go to the Learning Hub to complete the training.

You will receive an email reminder **every day** until you complete this action. If you fail to complete the training by Feb. 28, the matter will be escalated to your manager. Please do not delay.*

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements*

Please **consider the environment** before printing this email.

**Sent:** Thursday, February 25, 2021 10:35 PM
**To:** Vavra, Chuck
**Subject:** Action Required: Unconscious Bias Awareness Training Due Soon

Hello,

You have 3 day(s) left to complete your Unconscious Bias Awareness Training. Inclusion and Diversity is a top priority at Honeywell, and this training must be completed on time. Please go to the Learning Hub to complete the training.

You will receive an email reminder **every day** until you complete this action. If you fail to complete the training by Feb. 28, the matter will be escalated to your manager. Please do not delay.*

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements

Please **consider the environment** before printing this email.

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **Sent:** | Monday, March 1, 2021 10:16 AM |
| **To:** | Vavra, Chuck |
| **Subject:** | Action Required: Unconscious Bias Awareness Training Due Soon |

Hello,

You have 0 day(s) left to complete your Unconscious Bias Awareness Training. Inclusion and Diversity is a top priority at Honeywell, and this training must be completed on time. Please go to the Learning Hub to complete the training.

You will receive an email reminder **every day** until you complete this action. If you fail to complete the training by Feb. 28, the matter will be escalated to your manager. Please do not delay.*

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements*

Please **consider the environment** before printing this email.

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **Sent:** | Monday, March 1, 2021 10:32 PM |
| **To:** | Vavra, Chuck |
| **Subject:** | PAST DUE: Complete Your Unconscious Bias Awareness Training |

Hello,

You are now 1 day(s) past due in completing your Unconscious Bias Awareness Training. This matter has now been escalated to your manager.*

You are still required to complete the pending action(s). Please do so before your manager's manager is notified. Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements

Please **consider the environment** before printing this email.

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **Sent:** | Wednesday, March 3, 2021 10:08 AM |
| **To:** | Vavra, Chuck |
| **Subject:** | PAST DUE: Complete Your Unconscious Bias Awareness Training |

Hello,

You are now 2 day(s) past due in completing your Unconscious Bias Awareness Training. This matter has now been escalated to your manager.*

You are still required to complete the pending action(s). Please do so before your manager's manager is notified. Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements

Please **consider the environment** before printing this email.

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **Sent:** | Thursday, March 4, 2021 2:22 AM |
| **To:** | Vavra, Chuck |
| **Subject:** | PAST DUE: Complete Your Unconscious Bias Awareness Training |

Hello,

You are now 3 day(s) past due in completing your Unconscious Bias Awareness Training. This matter has now been escalated to your manager.*

You are still required to complete the pending action(s). Please do so before your manager's manager is notified. Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements

Please **consider the environment** before printing this email.

1

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **To:** | Vavra, Chuck |
| **Subject:** | URGENT: Unconscious Bias Awareness Training Past Due- Complete Today |
| **Date:** | Thursday, March 4, 2021 9:58:08 PM |
| **Attachments:** | ATT00001.jpg |

Hello,

You are now 4 days past due in completing your Unconscious Bias Awareness Training. This matter has now been escalated to your manager and your manager's manager. Please complete the Unconscious Bias Awareness Training today before senior leadership is notified.* Go to the Learning Hub complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements



| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **To:** | Vavra, Chuck |
| **Subject:** | URGENT: Unconscious Bias Awareness Training Past Due- Complete Now |
| **Date:** | Sunday, March 7, 2021 10:03:55 PM |
| **Attachments:** | ATT00001.jpg |

Hello,

You are now 7 days past due in completing your Unconscious Bias Awareness Training. This matter has been escalated to your manager, your manager's manager, and senior leadership.* Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements



| | |
|---|---|
| From: | Inclusion and Diversity |
| To: | Vavra, Chuck |
| Subject: | URGENT: Unconscious Bias Awareness Training Past Due- Complete Now |
| Date: | Wednesday, March 10, 2021 12:15:48 AM |
| Attachments: | ATT00001.jpg |

Hello,

You are now 9 days past due in completing your Unconscious Bias Awareness Training. This matter has been escalated to your manager, your manager's manager, and senior leadership.* Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements



| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **To:** | Vavra, Chuck |
| **Subject:** | URGENT: Unconscious Bias Awareness Training Past Due- Complete Now |
| **Date:** | Thursday, March 11, 2021 2:13:43 AM |
| **Attachments:** | ATT00001.jpg |

Hello,

You are now 10 days past due in completing your Unconscious Bias Awareness Training. This matter has been escalated to your manager, your manager's manager, and senior leadership.* Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements



VAVRA000374

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **To:** | Vavra, Chuck |
| **Subject:** | URGENT: Unconscious Bias Awareness Training Past Due- Complete Now |
| **Date:** | Sunday, March 14, 2021 10:57:12 PM |
| **Attachments:** | ATT00001.jpg |

Hello,

You are now 14 days past due in completing your Unconscious Bias Awareness Training. This matter has been escalated to your manager, your manager's manager, and senior leadership.* Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements



| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **To:** | Vavra, Chuck |
| **Subject:** | URGENT: Unconscious Bias Awareness Training Past Due- Complete Now |
| **Date:** | Monday, March 15, 2021 11:06:33 PM |
| **Attachments:** | ATT00001.jpg |

Hello,

You are now 15 days past due in completing your Unconscious Bias Awareness Training. This matter has been escalated to your manager, your manager's manager, and senior leadership.* Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements*



VAVRA000371

| | |
|---|---|
| **From:** | Inclusion and Diversity |
| **To:** | Vavra, Chuck |
| **Subject:** | URGENT: Unconscious Bias Awareness Training Past Due- Complete Now |
| **Date:** | Tuesday, March 16, 2021 11:01:01 PM |
| **Attachments:** | ATT00001.jpg |

Hello,

You are now 16 days past due in completing your Unconscious Bias Awareness Training. This matter has been escalated to your manager, your manager's manager, and senior leadership.* Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements



VAVRA000370

| | |
|---|---|
| From: | Inclusion and Diversity |
| To: | Vavra, Chuck |
| Subject: | URGENT: Unconscious Bias Awareness Training Past Due- Complete Now |
| Date: | Thursday, March 18, 2021 2:13:40 AM |
| Attachments: | ATT00001.jpg |

Hello,

You are now 17 days past due in completing your Unconscious Bias Awareness Training. This matter has been escalated to your manager, your manager's manager, and senior leadership.* Please go to the Learning Hub to complete the training.

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements



VAVRA000377

| | |
|---|---|
| **From:** | Hamilton, Lisa |
| **To:** | Vavra, Chuck |
| **Cc:** | Costello, Tiffany; Cortez, Jeff |
| **Subject:** | Unconscious Bias training |
| **Date:** | Thursday, March 18, 2021 6:03:48 AM |

Hi Chuck

Your unconscious bias training module is still incomplete. It was due to be completed by Feb 28. Please take the training asap.

Thank you

Lisa



DEPOSITION EXHIBIT
11
Charles Vavra

VAVRA000367