# EXHIBIT I

## TO

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

**RE:** Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

| | |
|---|---|
| **From:** | Cortez, Jeff |
| **Sent:** | Tuesday, March 2, 2021 7:51 AM |
| **To:** | Vavra, Chuck |
| **Subject:** | FW: Action Required: Your Direct Report is Late in Completing the Unconscious Bias Awareness Training |
| **Attachments:** | Unconscious Bias_2021 Past Due Employee(s) Details.xlsx |

Chuck – know you are not a fan of this training module, however you are currently the only one who hasn't completed this training so would ask that you do this.

Thanks,

Jeff

---

**From:** Inclusion and Diversity <InclusionandDiversity@Honeywell.com>
**Sent:** Monday, March 1, 2021 11:04 PM
**To:** Cortez, Jeff <jeff.cortez@Honeywell.com>
**Subject:** Action Required: Your Direct Report is Late in Completing the Unconscious Bias Awareness Training

Hello,

Please review your employees who are past due in completing their Unconscious Bias Awareness Training.

As a Honeywell leader, we are counting on your support to ensure your direct report completes the Unconscious Bias Awareness Training, as completing the training reflects our commitment to the company's Foundational Principle of Inclusion & Diversity. Please ensure they complete this training as soon as possible, as delays could result in escalation to your manager and senior leadership.*

If you have questions about Unconscious Bias training, Learning Hub troubleshooting, or Learning Hub course credit, visit HR Help and Search for your answers.

Regards,
Inclusion & Diversity

*Subject to satisfaction of any consultation, negotiation requirements or any applicable legal requirements

Please **consider the environment** before printing this email.

1


DEPOSITION EXHIBIT
Charles Vavra

VAVRA000239