# EXHIBIT J

## татьTo

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

**RE:** Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

| | |
|---|---|
| **From:** | Cortez, Jeff |
| **Sent:** | Tuesday, March 2, 2021 10:11 AM |
| **To:** | Vavra, Chuck |
| **Subject:** | FW: unconscious bias training |
| **Importance:** | High |

Chuck – as I thought would happen, getting additional pressure to get this training completed. Please get completed today and let me know when done.

Thanks,

Jeff

**From:** Leib, Justin <Justin.Leib@Honeywell.com>
**Sent:** Tuesday, March 2, 2021 10:09 AM
**To:** Cortez, Jeff <jeff.cortez@Honeywell.com>; Bauer, Roy <Roy.Bauer@Honeywell.com>; Cianciotto, Matthew <Matt.Cianciotto@Honeywell.com>; Bryant, Todd <Todd.Bryant@Honeywell.com>; Johnson, Jason <Jason.Johnson3@Honeywell.com>
**Cc:** Swinkola, Brian <Brian.Swinkola@Honeywell.com>; Hountz, Michael <Michael.Hountz@Honeywell.com>
**Subject:** FW: unconscious bias training
**Importance:** High

Hello all,

You have people that have not completed their training. I want it completed today, it should take less than 30 minutes.

I know of at least 1 person, that competed it but has an issue and the system did not register it. If that is the case have them send an email to the following people.

1. Their direct Boss
2. Their HRG
3. Me

Best regards,

**Justin Leib**
**Director Appl/Sys Sales Eng**
**Honeywell Intelligrated**
Office: 513.701.7473
Mobile: 240.529.3256

justin.leib@honeywell.com
www.intelligrated.com

Intelligrated.com | Twitter | Facebook | LinkedIn | YouTube | HoneywellAIDC.com



**From:** Dillon, John <John.Dillon2@Honeywell.com>
**Sent:** Tuesday, March 2, 2021 10:24 AM
**To:** Daugherty, John <John.Daugherty@Honeywell.com>; Grubb, Shawn <Shawn.Grubb@Honeywell.com>; Geraci, Scott

VAVRA000262

<Scott.Geraci@Honeywell.com>; Kluesner, Kevin <Kevin.Kluesner@Honeywell.com>; Hudgins, Maria <Maria.Hudgins@Honeywell.com>; Leib, Justin <Justin.Leib@Honeywell.com>; Drivas, Tom <Tom.Drivas@Honeywell.com>; Lang, Steve <Steve.Lang2@Honeywell.com>
**Subject:** FW: unconscious bias training

**Team – please review and address with your teams ASAP.**

**From:** Carpenter, Jennifer <Jennifer.Carpenter@Honeywell.com>
**Sent:** Tuesday, March 2, 2021 9:33 AM
**To:** Dillon, John <John.Dillon2@Honeywell.com>
**Subject:** unconscious bias training

Hi – Below is the list of all your employees in your org who have not taken unconscious bias training. Can you please ask your leaders to drive this with their teams and ask these employees to take asap.

| User EID | First Name | Last Name | Email Address | User City | User Country Name | User Region | Emp Tier |
|---|---|---|---|---|---|---|---|
| H325984 | Swathi | Palliparambil | Swathi.Palliparambil@Honeywell.com | Irving | United States | USA | 5 |
| H205250 | Raquel | Randall | Raquel.Randall@Honeywell.com | Mason | United States | USA | 5 |
| H403649 | Mike | Jones | Mike.Jones@Honeywell.com | Louisville | United States | USA | 5 |
| H321030 | Shawn | Manimalethu | Shawn.Manimalethu@Honeywell.com | Morris Plains | United States | USA | 5 |
| H253008 | Jarrett | Kersten | Jarrett.Kersten@Honeywell.com | Mason | United States | USA | 5 |

| User EID | First Name | Last Name | Email Address | User City | User Country Name | User Region | Emp Tier |
|---|---|---|---|---|---|---|---|
| H233668 | Srinivas | Tera | Srinivas.Tera@Honeywell.com | Alpharetta | United States | USA | 6 |
| H205871 | Adam | Roach | Adam.Roach@Honeywell.com | Alpharetta | United States | USA | 6 |
| H206625 | Kyron | Vinning | Kyron.Vinning@Honeywell.com | Roseville | United States | USA | 6 |
| H413088 | William | Lucas | William.Lucas@Honeywell.com | Fargo | United States | USA | 6 |
| H353577 | Letasha | Waymack | Letasha.Waymack@Honeywell.com | Roseville | United States | USA | 6 |
| H266975 | Chris | Ramhap | Christopher.Ramhap@Honeywell.com | West Chester | United States | USA | 6 |
| H358818 | Kylie | Orr | Kylie.Orr@Honeywell.com | Mason | United States | USA | 6 |
| H206248 | Terry | Shimp | Terry.Shimp@Honeywell.com | Dunbar | United States | USA | 6 |
| H205443 | Brandon | McCarthy | Brandon.McCarthy@Honeywell.com | Roseville | United States | USA | 6 |

VAVRA000263

| User EID | First Name | Last Name | Email Address | User City | User Country Name | User Region | Emp Tier |
|---|---|---|---|---|---|---|---|
| H423050 | Amber | Collins | Amber.Collins@Honeywell.com | Mason | United States | USA | 6 |
| H203931 | Dan | Bender | dan.bender@Honeywell.com | Englewood | United States | USA | 6 |
| H205495 | Christopher | Melcher | Christopher.Melcher@Honeywell.com | Wixom | United States | USA | 6 |
| H204765 | Greg | Hunt | Gregory.Hunt@Honeywell.com | Alpharetta | United States | USA | 6 |

| User EID | First Name | Last Name | Email Address | User City | User Country Name | User Region | Emp Tier |
|---|---|---|---|---|---|---|---|
| H204541 | Eduardo | Fano | Eduardo.Fano@Honeywell.com | Roseville | United States | USA | 7 |
| H434923 | Gary | Bath | GARY.BATH@Honeywell.com | Mason | United States | USA | 7 |
| H206607 | Chuck | Vavra | Charles.Vavra@Honeywell.com | Des Plaines | United States | USA | 7 |
| H329725 | Nathan | Lindenbaum | Nathan.Lindenbaum@Honeywell.com | Grand Rapids | United States | USA | 7 |

**Jennifer Carpenter**
VP, Human Resources
**Honeywell Intelligrated**
Mobile: 913.689.8029

Jennifer.Carpenter@honeywell.com
www.intelligrated.com

Intelligrated.com | Twitter | Facebook | LinkedIn | YouTube | HoneywellAIDC.com

3

VAVRA000264