# E<span style="font-variant:small-caps">XHIBIT</span> M

## T<span style="font-variant:small-caps">O</span>

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

 

**R<span style="font-variant:small-caps">E</span>:**    Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

| | |
|---|---|
| **From:** | Maines, Chris [chris.maines@Honeywell.com] |
| **Sent:** | 3/19/2021 10:57:44 PM |
| **To:** | Vavra, Chuck [chuck.vavra@honeywell.com]; Maines, Chris [chris.maines@honeywell.com] |

**Subject:** Meeting (ScheduledMeeting)/Thread Id:
19:meeting_NTM1OWIwZDUtZThmMS00MTBlLWI1NzAtMDQxMTNiN2JlNzU0@thread.v2/Communication Id:
106caf00-2335-4647-8859-6f3d1666289d/Vavra, Chuck,Maines, Chris

**Start:** 3/19/2021 2:29:26 PM
**End:** 3/19/2021 2:47:10 PM
**Show Time As:** Busy

**Recurrence:** (none)

**Required** Vavra, Chuck; Maines, Chris
**Attendees:**

```
Start Time (UTC): 3/19/2021 2:29:26 PM
End Time (UTC): 3/19/2021 2:47:10 PM
Duration: 00:17:44.1546549

[3/19/2021 2:29:26 PM (UTC)] chuck.vavra@Honeywell.com joined.
[3/19/2021 2:47:10 PM (UTC)] chuck.vavra@Honeywell.com left.
[3/19/2021 2:31:51 PM (UTC)] chris.maines@Honeywell.com joined.
[3/19/2021 2:47:09 PM (UTC)] chris.maines@Honeywell.com left.
```



DEPOSITION
EXHIBIT
12
Charles Vavra

HON_00001152