# EXHIBIT N

## TO

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

**RE:** Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

| | |
|---|---|
| From: | Maines, Chris [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=CA0C7FE315A641A893F75C2E0347C4E0-H205267] |
| Sent: | 3/23/2021 1:36:50 PM |
| To: | Vavra, Chuck [chuck.vavra@Honeywell.com] |

Chuck, hope you had a good weekend. Did you have any change in consideration to the training we spoke about on Friday? I thought you were going to think on it over the weekend and respond back to me via e-mail. I haven't seen anything yet.



DEPOSITION EXHIBIT
13
Charles Vavra

HON_00001153

| | |
|---|---|
| From: | Vavra, Chuck [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C39CEC5FCAD24A7DB9894F78E6DDE6DA-H206607] |
| Sent: | 3/23/2021 1:46:23 PM |
| To: | Maines, Chris [chris.maines@Honeywell.com] |

Chris, thanks. I hope you had a nice weekend as well. With the current network/vpn issues, I took the opportunity to take a vacation day yesterday. I will be sending the email shortly. Thanks.

HON_00001154