# Exhibit O

## To

## February 17, 2023
## Defendant's Local Rule 56.1 Statement

**Re:**   Charles Vavra v. Honeywell International Inc., et al.
Case No. 1:21-cv-06847

**From:** Parmenter, Susan <Susan.Parmenter@Honeywell.com>
**Sent:** Friday, April 9, 2021 2:39 PM
**To:** chuck@thezplane.com
**Subject:** RE: [External] RE: What the heck

Hi Chuck,

Wow! Un-freaking unbelievable. I had no idea. And for training – my gosh. I will be sure to take my training. I feel so bad this is what happened. It doesn't make sense. You were a core team member and we will suffer without your expertise. I wish you the best in your search for a new position and hope you find one quickly. Best to you Chuck.

*Very respectfully,*

*Susan Parmenter*
Midwest Regional Proposal Manager
**Honeywell Intelligrated**
Office: (513) 378-5004

Email: Susan.Parmenter@Honeywell.com
https://www.intelligrated.com/en

---

**From:** chuck@thezplane.com <chuck@thezplane.com>
**Sent:** Friday, April 9, 2021 3:25 PM
**To:** Parmenter, Susan <Susan.Parmenter@Honeywell.com>
**Subject:** [External] RE: What the heck

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender **and** know the content is safe.

Hi Susan,

Thank you so much for the kind words. That means a lot. I was hoping things would have worked out differently but I'm not surprised how they did. My leaving wasn't voluntary. I was fired for not complying with their "Unconscious Bias" training mandate. I know to some that it was just another checkbox of things to do but to me it was so much more to me. I feel very strongly about this corporate "wokeism" crap. I sent HR a very detailed email as to why I wasn't taking the training, pointing out the hypocrisy and discrimination in John Waldron's 9/24 email. Wednesday morning Jeff Cortez scheduled a Teams meeting with me and tried one last time to get me to take the training and I stood my ground. Jeff is a good guy. I felt bad for putting him in this position. But at the end of the day, you can see where our country is headed if me taking this training was their highest priority and took precedence over everything else.

I enjoyed working with you Susan. I know your job hasn't been easy and I felt so bad for you at times. I wish you the best in your current and future endeavors.

Thanks

Chuck



DEPOSITION EXHIBIT
22
Charles Vavra

1

VAVRA000293

**From:** Parmenter, Susan <Susan.Parmenter@Honeywell.com>
**Sent:** Wednesday, April 7, 2021 11:19 AM
**To:** chuck@thezplane.com
**Subject:** What the heck

You had an immeasurable presence here. You were so admired.. you have so much knowledge and presence. I'm so sad you are leaving. This is a huge wake up call for me. If you are leaving. I need to look at my own options to leave too.

*Very respectfully,*

*Susan Parmenter*
Midwest Regional Proposal Manager
**Honeywell Intelligrated**
Office: (513) 378-5004

Email: Susan.Parmenter@Honeywell.com
https://www.intelligrated.com/en

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

VAVRA000294