# **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on March 20, 2023, the foregoing Plaintiff's Local Rule 56.1(b)(2) Response to Defendant's Statement of Material Facts was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

      Jennifer Colvin (ARDC No. 6274731)
      Sam Sedaei (ARDC No. 6317657)
      **OGLETREE, DEAKINS, NASH,**
      **SMOAK & STEWART, P.C.**
      155 North Wacker Drive, Suite 4300
      Chicago, IL 60606
      Telephone: 312.558.1220
      jennifer.colvin@ogletree.com
      sam.sedaei@ogletree.com

      *Attorneys for Defendant*

      */s/ Alec J. Beck*
      Alec J. Beck

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on March 20, 2023, the foregoing Plaintiff's Memorandum in Opposition to Motion for Summary Judgment was filed electronically with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

    Jennifer Colvin (ARDC No. 6274731)
    Sam Sedaei (ARDC No. 6317657)
    **OGLETREE, DEAKINS, NASH,**
    **SMOAK & STEWART, P.C.**
    155 North Wacker Drive, Suite 4300
    Chicago, IL 60606
    Telephone: 312.558.1220
    jennifer.colvin@ogletree.com
    sam.sedaei@ogletree.com

    *Attorneys for Defendant*

                                          */s/ Alec J. Beck*
                                          Alec J. Beck