

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## 219 SOUTH DEARBORN STREET
## CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   Whitman H. Brisky

Firm   Mauck & Baker, LLC

Street Address   1 N. LaSalle St. Suite 3150

City/State/Zip Code   Chicago, IL 60602

Phone Number   312-726-1243

Email address   wbrisky@mauckbaker.com

ARDC (Illinois State Bar members, only)   297151

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 21-cv-03466 | Deemar v. Board of Education of the City of Evanston/Skokie, et al | Judge Robert M. Dow, Jr. |
| 21-cv-06847 | Charles Vavra v. Honewell Int | Judge Jorge L. Alonso |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

/s/ Whitman H. Brisky                           05/19/2023

Signature of Attorney                           Date

Rev. 01272016