**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**

It appearing that General Order 23-0031 was entered on August 10, 2023, identifying cases to form the initial calendar of the Hon. Keri L. Holleb Hotaling and

It further appearing that 21 CV 6363, *Haywood v. Perry et al,* was reassigned in error from Magistrate Judge McShain to Magistrate Judge Holleb Hotaling; therefore

It is hereby ordered that the Clerk of Court shall reassign 21 CV 6363, *Haywood v. Perry et al,* to Magistrate Judge McShain to whom the case was previously assigned; and

It is further ordered that the Clerk of Court shall reassign 21 CV 6847, *Vavra v. Honeywell Intelligrated, Inc., a Delaware corporation,* as the replacement case to Magistrate Judge Holleb Hotaling.

ENTER:
FOR THE EXECUTIVE COMMITTEE


_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 17th day of August, 2023