## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Charles Vavra

                                          Plaintiff,

v.                                                                      Case No.: 1:21−cv−06847

                                                                     Honorable Jorge L. Alonso

Honeywell Intelligrated, Inc., a Delaware corporation, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 17, 2023:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: This case has been reassigned to the calendar of Judge Keri Holleb Hotaling. Fact discovery is closed, and the parties are not engaging in expert discovery. By 8/23/2023, the parties shall file a joint status report indicating whether they seek a settlement conference. If they do not, the Court will close all referrals. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.