**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES VAVRA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. l:21-cv-06847 |
| v. ) | |
| ) | Honorable Jorge L. Alonso |
| HONEYWELL INTERNATIONAL INC., a ) | |
| Delaware corporation, d/b/a HONEYWELL ) | Magistrate Judge Keri L. Holleb Hotaling |
| INTELLIGRATED, ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's August 17, 2023 Order [ECF No. 51], Plaintiff CHARLES VAVRA ("Plaintiff") and Defendant HONEYWELL INTERNATIONAL, INC. ("Defendant"), improperly identified as d/b/a Honeywell Intelligrated (together "the Parties"), by and through their respective counsel, inform the Court that Defendant's Motion for Summary Judgment is currently pending before Judge Jorge L. Alonso, and the Parties do not seek a settlement conference at this time.

**[Signature block follows on next page]**

**Dated:** August 21, 2023            Respectfully submitted,

By: /s/ Alec J. Beck *(with consent)*      By: /s/ Sam Sedaei
    One of the Attorneys for Plaintiff          One of the Attorneys for Defendant
    **Charles Vavra**                             **Honeywell International, Inc.**

John W. Mauck                                  Jennifer L. Colvin (ARDC No. 6274731)
Whitman H. Brisky                         Sam Sedaei (ARDC No. 6317657)
Andrew S. Willis                              **Ogletree, Deakins, Nash,**
**Mauck & Baker, LLC**                         **Smoak & Stewart, P.C.**
One North LaSalle Street, Suite 3150     155 North Wacker Drive, Suite 4300
Chicago, IL 60602                           Chicago, IL 60606
*jmauck@mauckbaker.com*               Telephone: 312.558.1220
*wbrisky@mauckbaker.com*               *jennifer.colvin@ogletreedeakins.com*
*awillis@mauckbaker.com*                *sam.sedaei@ogletreedeakins.com*

Alec J. Beck
**Parker Daniels Kibort**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
*beck@parkerdk.com*

Douglas P. Seaton
James V. F. Dickey
**Upper Midwest Law Center**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
*doug.seaton@umlc.org*
*james.dickety@umlc.org*

**CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that on August 21, 2023, the foregoing ***Joint Status Report on Settlement Conference*** was electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

John W. Mauck
Whitman H. Brisky
Andrew S. Willis
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 3150
Chicago, IL 60602
*jmauck@mauckbaker.com*
*wbrisky@mauckbaker.com*
*awillis@mauckbaker.com*

Alec J. Beck
**PARKER DANIELS KIBORT**
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
*beck@parkerdk.com*

Douglas P. Seaton
James V. F. Dickey
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
*doug.seaton@umlc.org*
*james.dickety@umlc.org*

*Attorneys for Plaintiff*

    /s/ Sam Sedaei
One of the Attorneys for Defendant
**HONEYWELL INTERNATIONAL, INC.**