IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Charles Vavra

Plaintiff(s),

v.

Honeywell Intelligrated, Inc. et al,

Defendant(s).

Case No. 21 C 6847
Judge Jorge L. Alonso

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) Honeywell Intelligrated Inc., Honeywell International Inc.
and against plaintiff(s) Charles Vavra

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso on a motion for summary judgment.

Date: 8/21/2023

Thomas G. Bruton, Clerk of Court

Lesley Fairley , Deputy Clerk