# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **CHARLES VAVRA,** | Case. No. 1:21-cv-06847 |
| **Plaintiff,** | Honorable Jorge L. Alonso |
| v. | |
| | NOTICE OF APPEAL |
| **HONEYWELL INTERNATIONAL INC., a Delaware corporation, d/b/a HONEYWELL INTELLIGRATED,** | |
| **Defendant.** | |

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Charles Vavra, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered by the U.S. District Court for the Northern District of Illinois in this action on August 21, 2023 (ECF Nos. 53, 55).

Dated: September 20, 2023

Respectfully submitted,

**Charles Vavra**

By: *s/ Alec J. Beck*
One of his attorneys

John W. Mauck
Whitman H. Brisky
Andrew S. Willis
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
Telephone:   (312) 726-1243
Facsimile:    (866) 619-8661

Alec J. Beck (MN #201133)
*Admitted pro hac vice*
**PARKER DANIELS KIBORT**

888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
(612) 355-4119
beck@parkerdk.com

Douglas P. Seaton (MN #127759)
James V. F. Dickey (MN #393613)
*Admitted pro hac vice*
**UPPER MIDWEST LAW CENTER**
8421 Wayzata Boulevard, Suite 300
Golden Valley, MN 55426
(612) 428-7000
doug.seaton@umlc.org
james.dickey@umlc.org