IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES VAVRA, | ) |
| Plaintiff, | ) ) ) Case No. l:21-cv-06847 |
| v. | ) ) Honorable Jorge L. Alonso |
| HONEYWELL INTERNATIONAL INC., a Delaware corporation, d/b/a HONEYWELL INTELLIGRATED, | ) ) Magistrate Judge Keri L. Holleb Hotaling ) ) |
| Defendant. | ) |

## AFFIDAVIT OF JENNIFER L. COLVIN

I, Jennifer L Colvin, being duly sworn on oath, depose and state:

1. I am a shareholder at the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and am one of the attorneys of record for Defendant, Honeywell International, Inc. ("Honeywell"), in the above-captioned matter.

2. In this case, Plaintiff alleged discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-3(a), and Illinois Human Rights Act, 775 ILCS 5/6-101(A). On August 21, 2023, the Court granted Honeywell's Motion for Summary Judgment and dismissed the case in its entirety.

3. I have reviewed and have personal knowledge of the Bill of Costs, which is filed with this affidavit. The costs contained and summarized in the Bill are correct, were reasonably and necessarily incurred in the case, and the services for which fees charged were actually and necessarily performed.

4. The list of costs does not include all expenses incurred by Honeywell in litigating this action. Rather, Honeywell claims only those items that are taxable and for which expenses could be ascertained with reasonable certainty.

5. To the extent that the costs incurred by Honeywell are greater than costs taxable, the costs claimed have been reduced accordingly. For example, where the court reporter charged more than the $3.65 per page allowed by the Judicial Conference of the United States (updated on October 29, 2007) for an original transcript, Honeywell seeks to recover only $3.65 per page.

6. Schedule I to the Bill of Costs lists original deposition transcript fees related to one deposition Honeywell took of Plaintiff, and two depositions Honeywell defended of Jeff Cortez and Katie Becker, Honeywell employees during the relevant times, and potential trial witnesses. All of these depositions were necessarily ordered in anticipation of Honeywell's Motion for Summary Judgment.

7. Schedule II to the Bill of Costs lists the expense associated with Chicago Pain Management Institute's production of copies of Plaintiff's medical records in response to a subpoena issued by Honeywell.

DATED: SEPTEMBER 20, 2023.

/s/ Jennifer L. Colvin
One of the Attorneys for Defendant
HONEYWELL INTERNATIONAL, INC.