# SCHEDULE I[1]

## Original Deposition Transcript Fees

| DEPONENT | DATE | COURT REPORTING AGENCY | NO. OF PAGES | COST |
|---|---|---|---|---|
| Charles Vavra | 12/14/2022 | Veritext | 272 | $992.8[2] |
| Jeff Cortez | 12/15/2022 | Veritext | 80 | $292 |
| Katie Becker | 12/28/2022 | Vertext | 68 | $248.2 |
| | | | | **TOTAL: $1,533.00** |

---

[1] Further documentation supporting these transcript fees are attached hereto. See invoices behind Schedule I.

[2] The Judicial Conference rate for an original transcript is $3.65 per page. Local Rule 54.1(b); Gen. Order, U.S. Dist. Ct., N.D. Ill. This is the rate Honeywell seeks, rather than the higher rates charged by Veritext.

**Veritext, LLC**
**Midwest Region**



**Bill To:** Ogletree Deakins Nash Smoak & Stewart PC
155 N Wacker Dr
Suite 4300
Chicago IL 60606

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Angela Wittenberg at 1-800-955-2421 or finance@veritext.com

| Statement Date: 1/7/2023 | | | | | | | | Total Balance Due: $1,817.30 |
|---|---|---|---|---|---|---|---|---|
| **Invoice #** | **Invoice Date** | **Job #** | **Job Date** | **Caption** | **Contact** | **Type** | **Aged** | **Balance Due** |
| 6279920 | 1/5/2023 | 5616464 | 12/14/2022 | Varva, Charles v Honeywell International, Inc., etc. | Jennifer L. Colvin | O | 2 | $1,817.30 |
| | | | | | | | Total: | $1,817.30 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $1,817.30 | $0.00 | $0.00 | $0.00 | $1,817.30 |

Please Remit Payment To: Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accepted

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jennifer L. Colvin<br>Ogletree Deakins Nash Smoak & Stewart PC<br>155 N Wacker Dr<br>Suite 4300<br>Chicago, IL, 60606 | **Invoice #:** | 6279920 |
|---|---|---|---|
| | | **Invoice Date:** | 1/5/2023 |
| | | **Balance Due:** | $1,817.30 |

| Case: Varva, Charles v. Honeywell International, Inc., etc. (1:21cv06847) | Proceeding Type: Depositions |
|---|---|

Job #: 5616464    |    Job Date: 12/14/2022    |    Delivery: Normal          Client Matter #:           000265.001013

Location:           Chicago, IL
Billing Atty:        Jennifer L. Colvin
Scheduling Atty:  Sam Sedaei | Ogletree Deakins Nash Smoak & Stewart PC

| Witness: Charles Vavra | Quantity | Price | Amount |
|---|---:|---:|---:|
| Original Transcript - Medical, Technical or Video | 272.00 | $4.25 | $1,156.00 |
| Attendance - Hourly | 6.00 | $75.00 | $450.00 |
| Exhibits | 201.00 | $0.30 | $60.30 |
| Litigation Package-Secure File Suite | 1.00 | $48.00 | $48.00 |
| In Person Coverage Fee | 1.00 | $75.00 | $75.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---:|---:|
| | **Invoice Total:** | $1,817.30 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $1,817.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6279920
**Invoice Date:** 1/5/2023
**Balance Due:** $1,817.30

Pay by Credit Card: www.veritext.com

B420230107

54285

**Veritext, LLC**
**Midwest Region**



**Bill To:** Ogletree Deakins Nash Smoak & Stewart PC
155 N Wacker Dr
Suite 4300
Chicago IL 60606

**Remit To:** Veritext
P.O. Box 71303
Chicago IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Angela Wittenberg at 1-800-955-2421 or finance@veritext.com

| Statement Date: 2/11/2023 | | | | | | | | Total Balance Due: | $349.00 |
|---|---|---|---|---|---|---|---|---|---|
| **Invoice #** | **Invoice Date** | **Job #** | **Job Date** | **Caption** | **Contact** | **Type** | **Aged** | | **Balance Due** |
| 6288419 | 1/18/2023 | 5614856 | 12/28/2022 | Vavra, Charles v Honeywell Intelligrated, Inc., Et Al. | Sam Sedaei | C | 24 | | $349.00 |
| | | | | | | | | **Total:** | $349.00 |

| Current | 31-60 Days | 61-90 Days | > 90 Days | Total |
|---|---|---|---|---|
| $349.00 | $0.00 | $0.00 | $0.00 | $349.00 |

Please Remit Payment To: Veritext
P.O. Box 71303
Chicago IL 60694-1303

Page 1 of 1

Fed. Tax ID: 20-3132569

Visa, Mastercard & American Express Accepted

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Veritext, LLC - Midwest Region**
Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sam Sedaei<br>Ogletree Deakins Nash Smoak & Stewart PC<br>155 N Wacker Dr<br>Suite 4300<br>Chicago, IL, 60606 | | **Invoice #:** | **6284851** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **1/9/2023** |
| | | | **Balance Due:** | **$344.00** |

**Case:** Vavra, Charles v. Honeywell Intelligrated, Inc. (1:21-cv-06847)    **Proceeding Type: Depositions**

Job #: 5614823   |   Job Date: 12/15/2022   |   Delivery: Normal

Location: Chicago, IL
Billing Atty: Sam Sedaei
Scheduling Atty: Alec Beck | Parker Daniels Kibort LLC

| Witness: Jeff Cortez | Quantity | Price | Amount |
|---|---:|---:|---:|
| Certified Transcript - Medical, Technical or Video | 80.00 | $3.55 | $284.00 |
| Litigation Package-Secure File Suite | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $25.00 | $25.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | $344.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $344.00 |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6284851
**Invoice Date:** 1/9/2023
**Balance Due:** $344.00

Pay by Credit Card: www.veritext.com

54285

**Veritext, LLC - Midwest Region**

Tel. 612-339-0545 Email: billing-midwest@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sam Sedaei<br>Ogletree Deakins Nash Smoak & Stewart PC<br>155 N Wacker Dr<br>Suite 4300<br>Chicago, IL, 60606 | **Invoice #:** | 6288419 |
|---|---|---|---|
| | | **Invoice Date:** | 1/18/2023 |
| | | **Balance Due:** | $349.00 |

| Case: Vavra, Charles v. Honeywell Intelligrated, Inc., Et Al. (1:21-cv-06847) | Proceeding Type: Depositions |
|---|---|

Job #: 5614856   |   Job Date: 12/28/2022   |   Delivery: Normal

Location:           Cleveland, OH
Billing Atty:        Sam Sedaei
Scheduling Atty:  Alec Beck | Parker Daniels Kibort LLC

| Witness: Katie Becker | Quantity | Price | Amount |
|---|---|---|---|
| Certified Transcript - Medical, Technical or Video | 68.00 | $4.25 | $289.00 |
| Litigation Package-Secure File Suite | 1.00 | $35.00 | $35.00 |
| Hosting & Delivery of Encrypted Files | 1.00 | $25.00 | $25.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | $349.00 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $349.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Bank Addr:** 311 W. Monroe Chicago, IL 60606
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 6288419
**Invoice Date:** 1/18/2023
**Balance Due:** $349.00

Pay by Credit Card: www.veritext.com

B420230211

54285