# SCHEDULE II[1]

## Subpoena-Related Fees

| **RECIPIENT** | **DATE** | **NARRATIVE** | **COST** |
|---|---|---|---|
| Chicago Pain Management Institute | 09/07/2022 | Request for Plaintiff's Medical Records | $25.00 |
| | | | **TOTAL: $25.00** |

---

[1] Further documentation supporting these transcript fees are attached hereto. See invoices behind Schedule II.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | |
|---|---|
| CHARLES VAVRA<br>*Plaintiff*<br>v.<br>HONEYWELL INTERNATIONAL INC., d/b/a HONEYWELL INTELLIGRATED<br>*Defendant* | Civil Action No. 1:21-cv-06847 |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Scott E. McDaniel, MD - Chicagoland Pain Management
420 North Schmidt Road, Suite 110, Bolingbrook, IL 60440

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

See attached Rider

| Place: Ogletree, Deakins, Nash, Smoak & Stewart, P.C.<br>155 North Wacker Drive, Suite 4300<br>Chicago, IL 60606 | Date and Time:<br>09/23/2022 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 09/07/2022

*CLERK OF COURT*

OR

_____        /s/ Sam Sedaei
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Defendant
Honeywell International Inc., incorrectly identified as d/b/a Honeywell Intelligrated , who issues or requests this subpoena, are:
Sam Sedaei/Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 155 North Wacker Drive, Suite 4300, Chicago, IL 60606
sam.sedaei@ogletree.com / 312.558.1220

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:21-cv-06847

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

☑ I served the subpoena by delivering a copy to the named person as follows: Scott E. McDaniel, MD

Chicagoland Pain Management, 420 North Schmidt Road, Suite 110, Bolingbrook, IL 60440 via FedEx delivery

Tracking No. 277680157918 on *(date)* 09/07/2022 ; or

☐ I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/07/2022

/s/ Sam Sedaei
*Server's signature*

Sam Sedaei, Attorney
*Printed name and title*

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
155 North Wacker Drive, Suite 4300
Chicago, IL 60606
*Server's address*

Additional information regarding attempted service, etc.:

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES VAVRA, ) | |
| ) | |
| Plaintiff, ) | Case No. l:21-cv-06847 |
| ) | |
| v. ) | Honorable Jorge L. Alonso |
| ) | |
| HONEYWELL INTERNATIONAL INC., a ) | Magistrate Judge Heather K. McShain |
| Delaware corporation, d/b/a HONEYWELL ) | |
| INTELLIGRATED, ) | |
| ) | |
| Defendant. ) | |

**RIDER TO SUBPOENA FOR MEDICAL RECORDS**

All documents related to the treatment or diagnosis of Charles Vavra, from January 1, 2011 to the present, including notes, charts, discharge, treatment, or operative reports or abstracts, photographs, and the like, concerning medical treatment, medical history, psychiatric or psychological treatment, counseling, history, and diagnosis, medical, psychiatric, and psychological prognosis, prescribed medications, drug or alcohol treatment or counseling, or other similar information or documentation pertaining to services rendered to Charles Vavra and copies of any such records, charts, x-rays, and each and every document included in any such medical charts, and any other documentation relating to Charles Vavra, including medical bills.

52830174.v1-OGLETREE



Chicagoland Pain Management

Goran Tubic, M.D.
Scott E. McDaniel, M.D.
Michael J. Hur, M.D.
Pranusha Naidu, M.D.
420 S. Schmidt Road, Suite 110 (POB#3)
Bolingbrook, Il 60440

Natalie Kalvoda, N.P.
Pauline Soh, PA
Janet Barcarse, PA.
Phone:(630)312-4505
Fax: (630)312-6651

DATE: 9/21/2022

MEDICAL RECORDS INVOICE:

$25 Copy Fee.

* Check to be sent prior to any release of copied patient's medical records.

*Please issue a check for medical records to Chicagoland Pain Management Institute, Inc.

PATIENT NAME: Charles Varra
DOB: 8/17/1965

**Ogletree Deakins**  Ogletree, Deakins, Nash, Smoak & Stewart, P.C.  
50 International Drive  
Patewood IV, Suite 200  
Greenville, SC 29615

500281261

Date: 09/22/22

PAY   Twenty-five and 00/100 U.S. Dollars                                                                 $ *25.00*

TO THE ORDER OF  
Chicagoland Pain Management Institute, Inc.  
420 South Schmidt Road  
Suite 110  
Bolingbrook, IL 60440

*Lisa Ellis James*

Memo:

⑊500281261⑊ ⑆031101017⑆ 719000158⑊

| Vendor ID: 961874 | Payee: Chicagoland Pain Management Institute, Inc. | Check #: 500281261 |
|---|---|---|
| Request #: 1832071 | Bank: 1000 | Check Date: 09/22/22 |

| Invoice Num | Invoice Date | Reference | Invoice Description | Payment Amt |
|---|---|---|---|---|
| 092122 | 09/21/22 | | Fee re. Charles Vavra Medical Records / 000265.001013 | $ 25.00 |